AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bertelsman, William O. | KY-ED | 08/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

35 West Fifth Street, Rm. 505
P. O. Box 1012
Covington, KY 41012-1012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fifth Third Bank (cash) | A | Interest | M | T | | | | | 7 |
| 2. U.S. Bank (cash) (Y) | | | | | | | | | 4 |
| 3. United Bank And Capital Trust (formerly Citizens Bank of No.KY) (cash) | A | Interest | M | T | | | | | 59, 60, 61, 62, 70 |
| 4. BB&T (formerly Bank of Kentucky) (cash) | A | Interest | L | T | | | | | 11, 15 |
| 5. Goldline | | None | L | T | | | | | 2 |
| 6. Legg Mason QS Intl Eq Fd A (LMEAX) | A | Dividend | K | T | | | | | 3 |
| 7. Dupree, Kentucky- Short/Med. Fund (KYSMX) | C | Dividend | M | T | | | | | 5 |
| 8. Dupree, Kentucky - Tax Free Fund (KYTFX) | D | Dividend | N | T | | | | | 6 |
| 9. Dreyfus Growth & Income Fund (DGRIX) | B | Dividend | J | T | | | | | 10 |
| 10. BankAmerica Corp. (common stock) (BAC) | A | Dividend | J | T | | | | | 14 |
| 11. U.S. Savings Bonds | A | Interest | K | T | | | | | 31 |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. Blackrock Global Allocation Fd Inc C (MCLOX) (X) | C | Dividend | L | T | | | | | |
| 14. First Eagle Global Class C (FESGX) (X) | A | Dividend | K | T | | | | | |
| 15. Ivy Asset Strategy Fund CL C (WASCX) (X) | B | Dividend | L | T | | | | | |
| 16. Loomis Sayles Strategic Income Fd Cl C (NECZX) (X) | A | Dividend | J | T | Sold<br>(part) | 12/11/17 | J | | |
| 17. Michigan Education Savings Program (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Michigan Education Savings Program Principal Plus Option 1934 | C | Interest | N | T | Distributed (part) | 10/26/17 | J | | 20, 33, 36, 39 |
| 19. | | | | | | Distributed (part) | 12/18/17 | J | | |
| 20. | Michigan Education Savings Program Moderate Age-Based Opt. 18 & Over | B | Interest | M | T | Distributed (part) | 08/21/17 | J | | 34 |
| 21. | | | | | | Distributed (part) | 09/11/17 | J | | |
| 22. | Michigan Education Savings Program Moderate Age-Based Opt. 16 | B | Interest | L | T | | | | | 37 |
| 23. | Michigan Education Savings Program Moderate Age-Based Opt. 13-14 (Y) | | | | | | | | | 40 |
| 24. | BROKERAGE #1 (H) | | | | | | | | | |
| 25. | Merrill Lynch Bank (Regular) | A | Interest | M | T | | | | | 64 |
| 26. | Chevron-Texaco Corp. (CVX) | B | Dividend | L | T | | | | | 21 |
| 27. | Clorox Co. (CLX) | B | Dividend | M | T | | | | | 23 |
| 28. | Duke Energy (DUK) | A | Dividend | J | T | | | | | 22 |
| 29. | Enbridge (ENB) (formerly Spectra Energy) | A | Dividend | J | T | | | | | 51 |
| 30. | Exxon Mobil Corp. (XOM) | B | Dividend | L | T | | | | | 24 |
| 31. | General Mills, Inc. (GIS) | B | Dividend | K | T | | | | | 25 |
| 32. | Pepsico, Inc. (PEP) | C | Dividend | M | T | | | | | 26 |
| 33. | Procter & Gamble Co. (PG) | E | Dividend | O | T | | | | | 27 |
| 34. | Southern Co. (SO) | C | Dividend | L | T | | | | | 28 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Pers

Bertelsmar

## VII. INVESTMENTS and TRUSTS – *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of repo |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 35. Suncoke Energy Inc (SXC) | A | Dividend | J |
| 36. Wisconsin Energy Corp. (WEC) | C | Dividend | M |
| 37. AB All Market Total Return Port Cl C (ABWCX) | A | Dividend | M |
| 38. Alliance Bernstein Disc. Growth Fd (CHCCX) | D | Dividend | L |
| 39. Blackrock Global Allocation Fund (MCLOX) | D | Dividend | M |
| 40. Goldman Sachs Rising Div. (GSRCX) | D | Dividend | K |
| 41. Ivy Asset Strategy Fund CL C (X) | C | Dividend | M |

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 52.  New York St. Dorm Auth. ▓▓▓▓ | A | Interest | K |
| 53.  Franklin Ky PPC First (▓▓▓▓) | B | Interest | L |
| 54.  Ky State Ppty & Bldg (▓▓▓▓) | C | Interest | L |
| 55.  New Jersey State Revenue Series O<br>(▓▓▓▓ | C | Interest | L |
| 56.  New Mexico St. Severance (▓▓▓▓ | B | Interest | K |
| 57.  Washington State Various Purpose Series R<br>(▓▓▓▓ | C | Interest | L |
| 58.  University of Kentucky Gen'l Resources | B | Interest | K |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Massachusetts St Go Ref Bds Lt Ser B ( ) | B | Interest | K | T | Buy | 03/27/17 | K | | |
| 70. Citigroup Global MA, Inc (Y) | | | | | Buy | 04/30/17 | L | | |
| 71. Alabama St. Cap Impt. Ser.D | A | Interest | | | Sold | 03/29/17 | K | | 68 |
| 72. Lexington-Fayette Urban City Govt. ( ) | A | Interest | | | Sold | 12/20/17 | L | | 95 |
| 73. Honolulu City Hawaii Cnt Waste | C | Interest | | | Sold | 03/29/17 | L | | 71 |
| 74. Prince George City, MD ( ) | A | Interest | | | Sold | 12/20/17 | L | | 94 |
| 75. BROKERAGE #3 (H) | | | | | | | | | |
| 76. E-Trade Cash Account (Y) | | | | | | | | | 43 |
| 77. Fifth Third Bank, Fort Thomas, KY (Common Shares) (FITB) | A | Dividend | J | T | | | | | 8, 42 |
| 78. BROKERAGE #4 (H) | | | | | | | | | |
| 79. UBS Government Reserve | A | Interest | J | T | | | | | 1 |
| 80. Automatic Data Processing, Inc (ADP) | B | Dividend | L | T | | | | | 44 |
| 81. CDK Global Income (CDK) | A | Dividend | J | T | | | | | 91 |
| 82. Coca Cola Co. (KO) | B | Dividend | K | T | | | | | 65 |
| 83. Exxon Mobile Corp. (XOM) | A | Dividend | J | T | | | | | 66 |
| 84. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | 45 |
| 85. Kroger Co. (KR) | A | Dividend | K | T | | | | | 19 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Medtronic (MDT) | A | Dividend | K | T | | | | | 78 |
| 87. Occidental Petroleum (OXY) (X) | A | Dividend | J | T | | | | | |
| 88. Procter & Gamble - Common stock (PG) | B | Dividend | L | T | | | | | 12 |
| 89. Western Union Co. (WU) | A | Dividend | K | T | | | | | 50 |
| 90. 3M Co. (MMM) | B | Dividend | L | T | | | | | 67 |
| 91. Peabody Energy Group (BTU) (Y) | | | | | | | | | 49 |
| 92. IShares Trust Russell Midcap Growth (IWP) | A | Dividend | J | T | | | | | 79 |
| 93. American Funds Growth Fund of America (GFAFX) | A | Dividend | M | T | | | | | 48 |
| 94. Deutsche Croci Equity Div Fd Cl A (KDHAX) | B | Dividend | L | T | | | | | 18 |
| 95. Templeton Foreign Fund Cl A (TEMFX) | A | Dividend | L | T | | | | | 47 |
| 96. T-Rowe Price Equity Index 500 (PREIX) | B | Dividend | L | T | | | | | 46 |
| 97. Victory Small Company Fund (GOGFX) | A | Dividend | M | T | | | | | 13 |
| 98. Victory Established Value Fund (GETGX) | A | Dividend | L | T | | | | | 9 |
| 99. BROKERAGE #5 (H) | | | | | | | | | |
| 100. T. Rowe Price Equity Index 500 (PREIX) (X) | A | Dividend | J | T | | | | | |
| 101. T. Rowe Price Health Sciences Fund (PRHSX) | D | Dividend | M | T | | | | | 92 |
| 102. T. Rowe Price Financial Services (PRISX) | A | Dividend | K | T | | | | | 93 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2017 report has been reformatted by account for ease of tracking and reporting holdings. Duplicate entries and education accounts have been consolidated, and the names of some assets have been updated for clarity or because of corporate exchanges or name changes. To assist in the review of this report, corresponding lines of the 2016 report have been included in Column D(5).

Part VII, line 70: Following a reportable purchase, this asset became unreportable without a corresponding reportable transaction.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William O. Bertelsman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544